**Fill in this information to identify your case:**

Debtor 1    Kim    Allen    Smith
           First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Florida (Pensacola)
                                                                                           (State)

Case number 18-31085
(If known)

## Official Form 427
### Cover Sheet for Reaffirmation Agreement
12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**
Nationstar Mortgage LLC d/b/a Mr. Cooper
Name of the creditor

**2. How much is the debt?**
On the date that the bankruptcy case is filed $ 233,451.17

To be paid under the reaffirmation agreement $ 233,331.16

*$ 1508.32 per month for 479 months (if fixed interest rate)
*Said amount does not include any optional premium amount however; said amount may include an amount for escrow which is subject to change.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**
Before the bankruptcy case was filed 3.625 %

Under the reaffirmation agreement 3.625 %
☑ Fixed rate
☐ Adjustable rate

**4. Does collateral secure the debt?**
☐ No.
☑ Yes. Describe the collateral. 1012 COLLEGE BLVD E NICEVILLE FL 32578
Current market value $ _____

**5. Does the creditor assert that the debt is nondischargeable?**
☑ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J

6a. Combined monthly income from line 12 of Schedule I    $ 5,465.21

6b. Monthly expenses from line 22c of Schedule J    $ 5,354.00

6c. Monthly payments on all reaffirmed debts not listed on Schedule J    – $ 0.00

6d. Scheduled net monthly income    $ 111.21
Subtract lines 6b and 6c from 6a.
If the total is less than 0, put the number in brackets.

Income and expenses stated on the reaffirmation agreement

6e. Monthly income from all sources after payroll deductions    $ 5,465.21

6f. Monthly expenses    – $ 5,354.00

6g. Monthly payments on all reaffirmed debts not included in monthly expenses    – $ 0.00

6h. Present net monthly income    $ 111.21
Subtract lines 6f and 6g from 6e.
If the total is less than 0, put the number in brackets.

AS

Official Form 427 — Cover Sheet for Reaffirmation Agreement — 270 page 1

Debtor 1: Kim Allen Smith
First Name / Middle Name / Last Name

Case number (if known): 18-31085

| # | Question | Answer |
|---|---|---|
| 7. | Are the income amounts on lines 6a and 6c different? | ☒ No  ☐ Yes. Explain why they are different and complete line 10. _____ |
| 8. | Are the expense amounts on lines 6b and 6f different? | ☒ No  ☐ Yes. Explain why they are different and complete line 10. _____ |
| 9. | Is the net monthly income in line 6h less than 0? | ☒ No  ☐ Yes. A presumption of hardship arises (unless the creditor is a credit union). Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10. |

10. Debtor's certification about lines 7-9

I certify that each explanation on lines 7-9 is true and correct.

If any answer on lines 7-9 is Yes, the debtor must sign here

× /s/ Kim A Smith ×
Signature of Debtor 1          Signature of Debtor 2 (Spouse Only in a Joint Case)

If all the answers on lines 7-9 are No, go to line 11.

11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?
☐ No
☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
☐ No
☒ Yes

**Part 2: Sign Here**

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

× /s/ _____     Date 5/13/19
Signature                           MM/DD/YYYY

**Taji S. Foreman, Esq.**
**Florida Bar No. 58606**
Printed Name

Check one:
☒ Debtor or Debtor's Attorney
☒ Creditor or Creditor's Attorney